IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELDRICK DEON McNEAL, ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:21cv112-MHT |
| ) | (WO) |
| WARDEN - BUTNER FEDERAL ) | |
| MEDICAL CENTER, et al., ) | |
| ) | |
|     Respondents. ) | |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1631. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

                              \*\*\*

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. 4) is adopted.

(2) This case is transferred to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1631.

(3) The motion for appointment of counsel and reasonable accommodations (Doc. 3) is left pending for resolution by the transferee court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 31st day of March, 2021.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**